■ JAMES R. PETERSEN, Appellant, v PATRICIA PETERSEN, Respondent. (Appeal No. 2.) [596 NYS2d 743] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Petersen v Petersen* ([appeal No. 1] 192 AD2d 1095 [decided herewith]). (Appeal from Order of Supreme Court, Wyoming County, Griffith, J.—Contempt; Child Support.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.

■ JAMES R. PETERSEN, Appellant, v PATRICIA PETERSEN,

Respondent. (Appeal No. 3.) [596 NYS2d 743] —Order unanimously affirmed without costs. Same Memorandum as in *Petersen v Petersen* ([appeal No. 1] 192 AD2d 1095 [decided herewith]). (Appeal from Order of Supreme Court, Wyoming County, Griffith, J.—Counsel Fees.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.